ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES GUERIN,

                Plaintiff,

- against –

INOKIM USA GROUP CORP.,

                Defendant.

21 Civ. 7483 (LLS)

ORDER

## DEFAULT JUDGMENT

**WHEREAS,** this matter came before the Court on plaintiff Charles Guerin ("Plaintiff")'s application for entry of a default judgment against defendant Inokim USA Group Corp. ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS,** on August 2, 2022, Plaintiff filed his application for entry of default judgment seeking $5,000.00 in statutory damages for willful copyright infringement, $1260.00 in attorneys' fees and $440.00 in costs plus interest.

**WHEREAS,** Defendant has not filed any opposition to Plaintiff's application for default judgment.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

**FURTHER ORDERED** that Defendant shall pay $1,500.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $750.00 in attorneys' fees and

$440.00 in costs pursuant to 17 U.S.C. § 505; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

So Ordered.

Dated: New York, New York
October 4, 2022

_____
Louis L. Stanton
U.S.D.J.